■ Luel Overstreet, Appellant, v Yonkers Racing Corp., Respondent. [632 NYS2d 473] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Nastasi, J.), dated June 7, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nastasi at the Supreme Court *(see also, Stone v Bridgehampton Race Circuit,* 217 AD2d 541). Bracken, J. P., Copertino, Krausman and Goldstein, JJ., concur.